

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-16-00028-CV

Jaime Ruben **AGUIRRE**, Jr.,
Appellant

v.

Jose Hector **SOTO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-000380-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Appellant's opposed motion for extension of time to file motions for rehearing and for en banc reconsideration is hereby GRANTED. Time is extended to November 11, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court